UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Philip Giroux</u>

    v.                                       No. 06-fp-250

<u>Town of Danbury, et al.</u>


**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-250-PB**.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: July 14, 2006

cc:    Philip Giroux, *pro se*