UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Philip Giroux</u>

        v.                  Civil No. 06-cv-250-PB

<u>Town of Danbury, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 31, 2006.

SO ORDERED.

December 27, 2006                  /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

cc:    Philip Giroux, pro se
        Daniel J. Mullen, Esq.