UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Philip Giroux</u>

        v.                                     Civil No. 06-cv-250-PB

<u>Town of Danbury, et al</u>


<u>O R D E R</u>

    The case shall be removed from the trial list and the pretrial conference is cancelled.  the court will issue further orders, if necessary, after ruling on the pending motions.

    SO ORDERED.


December 19, 2007                                         /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                             United States District Judge


cc:     Philip Giroux, pro se
        Daniel J. Mullen, Esq.